

0.5 kg / 1 lb



1

100% RECYCLABLE

dhl.com

DHL Express