

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| Plaintiff, | CASE NO. _____ |
| vs. | APPLICATION TO PROCEED<br>IN FORMA PAUPERIS |
| Defendant. |   |

I, **VITALY E. PILKIN**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                                  Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  *August 2007 - December 2011. $600 gross salary and wages per month*
3  *$500 net salary and wages per month.*
4  *Since July 2020 I am a pensioner. The amount of the monthly pension is $300*
5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.  Business, Profession or            Yes ____ No ✓
8          self employment?
9      b.  Income from stocks, bonds,            Yes ____ No ✓
10         or royalties?
11     c.  Rent payments?            Yes ____ No ✓
12     d.  Pensions, annuities, or            Yes ✓ No ____
13         life insurance payments?
14     e.  Federal or State welfare payments,            Yes ____ No ✓
15         Social Security or other govern-
16         ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 *As a pensioner I receive every month $300 since July 2020.*
20 _____
21 3.  Are you married?            Yes ____ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.  a.  List amount you contribute to your spouse's support:$ _____
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2    _____NONE_____
3
4    5.    Do you own or are you buying a home?    Yes ✓   No ___
5    Estimated Market Value: $ 70,000    Amount of Mortgage: $_____
6    6.    Do you own an automobile?    Yes ___   No ✓
7    Make _____ Year _____ Model _____
8    Is it financed? Yes ___ No ___ If so, Total due: $ _____
9    Monthly Payment: $ _____
10    7.    Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
11    Name(s) and address(es) of bank: SBERBANK, ADDRESS: 19, VAVILOVA STREET,
12    117997 MOSCOW RUSSIAN FEDERATION
13    Present balance(s): $ 30
14    Do you own any cash? Yes ✓ No ___ Amount: $ 3800
15    Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16    market value.)    Yes ___ No ✓
17
18    8.    What are your monthly expenses?
19    Rent: $ NIL    Utilities: $ 70
20    Food: $ 200    Clothing: NIL
21    Charge Accounts:
22    Name of Account    Monthly Payment    Total Owed on This Account
23    NIL    $ _____    $ _____
24    _____    $ _____    $ _____
25    _____    $ _____    $ _____
26    9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27    they are payable.  Do not include account numbers.)
28    _____NONE_____

1
2   10.    Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ____   No ✓
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   _____
7   _____
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11  FEBRUARY 24, 2021                    _____
12       DATE                              SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28