UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY PILKIN,<br><br>            Plaintiff,<br><br>      v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No.  4:21-cv-01483-DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of Plaintiff's ex parte motion for an Order to continue the initial case management conference and ADR deadlines [Docket No. 9]. The request is granted. All deadlines are continued as follows:

| | | |
|---|---|---|
| 6/30/2021 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 7/14/2021 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br><br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R . 16-9 |
| 7/21/2021 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:<br><br>Courtroom 4, 3rd Floor<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Civil L.R . 16-10 |

1    **IT IS SO ORDERED.**

2    Dated: April 15, 2021

3    _____
     DONNA M. RYU
4    United States Magistrate Judge